Case 8:25-cr-00117-DFM   Document 1   Filed 05/21/25   Page 1 of 6   Page ID #:1

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California


LODGED
CLERK, U.S. DISTRICT COURT
05/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
05/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

United States of America,
v.

JESUS FRANCISCO QUINTERO MARTINEZ, also known as ("aka") "Jesus F Quinteromartinez," aka "Uesus Franc Quintero Martinez,"

Defendant(s)

Case No. 8:25-mj-00424-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 19, 2024 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG, Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/21/2025

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. AUTUMN D. SPAETH, U.S. Magistrate Judge
Printed name and title

AUSA: Lawrence E. Kole

## AFFIDAVIT

I, Jared Bromberg, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a complaint and arrest warrant against JESUS FRANCISCO QUINTERO MARTINEZ, also known as ("aka") "Jesus F Quinteromartinez," aka "Uesus Franc Quintero Martinez" ("QUINTERO"), charging him with violating Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to QUINTERO, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF JARED BROMBERG

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los

Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about December 19, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that QUINTERO had recently been encountered by the Tustin Police Department. On or about December 19, 2024, QUINTERO was released from the custody of the Tustin Police Department.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about April 25, 2025, I reviewed DHS A-File A226-083-285 (the "DHS A-File"), which is maintained for subject alien QUINTERO. The DHS A-File contained the following documents and information:

   a. A Record of Deportable/Inadmissible Alien (Form I-213) dated on or about June 13, 2024, listing a Federal Bureau of Investigation Identification number ("FBI number"). I compared the FBI number to the one listed on the electronic notification received from the PERC. These documents list the same FBI number. I thus believe that this DHS A-File and its contents corresponded to QUINTERO.

   b. The following documents related to QUINTERO's removal:

    i. A Notice and Order of Expedited Removal showing that QUINTERO was ordered removed from the United States by Rafael Flores Jr, Acting/Patrol Agent in Charge, on or about June 7, 2024.

    ii. An executed Notice to Alien Ordered Removed/Departure Verification (Form I-296) indicating that QUINTERO was officially removed from the United States on or about June 8, 2024.

    iii. An executed Warrant of Removal/Deportation (Form I-205) indicating that QUINTERO was officially removed from the United States on or about June 13, 2024.

    iv. I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Notice to Alien Ordered

Removed/Departure Verification and Warrant of Removal/Deportation in QUINTERO's DHS A-File contained a photograph, signature, and fingerprint.

   c. A Record of Sworn Statement in Affidavit Form (Form I-215B) dated on or about June 13, 2024, which indicates that QUINTERO stated that he was born in Mexico.

  7. On or about April 25, 2025, I reviewed the DHS computer indices on QUINTERO. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that QUINTERO had been removed, deported, and/or excluded on or about the dates indicated on the Notice to Alien Ordered Removed/Departure Verification and the Warrant of Removal/Deportation found in the DHS A-File. The DHS computer indices further indicated that QUINTERO had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.

  8. Based on my review of the DHS A-File, I determined that it does not contain any record of his applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal. Based on my training and experience, I know that such documentation is required to re-

enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

For all the reasons described above, there is probable cause to believe that JESUS FRANCISCO QUINTERO MARTINEZ has committed a violation of Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation or Removal.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  21  day of May 2025.

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE